# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JASON JERRARD BOGGS, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-40 |
| v. | * | |
| NEAL JUMP, | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's July 11, 2018 Report and Recommendation, dkt. no. 6, to which Petitioner Jason Jerrard Boggs ("Boggs") filed Objections, dkt. no. 7. Boggs' Objections are largely a recitation of his arguments already presented and which the Magistrate Judge correctly rejected. Moreover, Boggs' Objections are unresponsive to the Magistrate Judge's reasons for dismissal. Id. Thus, after an independent and *de novo* review of the entire record, the Court **OVERRULES** Boggs' Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court.

Accordingly, the Court **DISMISSES** Boggs' Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2254, (doc. 1), **DENIES** Boggs leave to appeal *in forma pauperis*, and

**DENIES** Boggs a Certificate of Appealability. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 10 day of August, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)